```
                                                      FILED_____ ENTERED
                                                      LOGGED_____ RECEIVED

                                                      OCT 23 2023
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND       AT GREENBELT
                                               CLERK, U.S. DISTRICT COURT
                                               DISTRICT OF MARYLAND
                                          BY                         DEPUTY
```

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CRIMINAL NO. PX 16-0444 |
| | * |
| OSCAR ERNESTO DELGADO-PEREZ | * |
| | * |
| Defendant | * |
| | ***** |

### GOVERNMENT'S SENTENCING EXHIBIT LIST

| Exhibit No. | Description | Identified | Admitted |
|---|---|---|---|
| 1 | Trial Transcript for Bertha Morales | 10/23/2023 | 10/23/2023 |
| 2 | Excerpt of Trial Transcript from US v. Junior Noe Alvarado-Requeno | 10/23/2023 | 10/23/2023 |
| 3 | Sentences Imposed in Similar Cases | 10/23/2023 | 10/23/2023 |